

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:        Patrick Hurd v. Braeswood Atrium

Appellate case number:    01-13-00239-CV

Trial court case number:  1027476

Trial court:                       County Civil Court at Law No. 2 of Harris County

Appellant filed a "Defendant's Pauper's Affidavit for Appeal" containing the language "I wish to appeal the judgment of this court . . . ." This pro se filing suffices as a notice of appeal. Appellant filed this affidavit on March 21, 2013. On March 22, 2013, the county clerk timely filed a contest to the affidavit. *See* TEX. R. APP. P. 20.1(e). On March 28, 2013, the trial court timely signed an order extending the time to conduct a hearing on the contest by 20 days. *See* TEX. R. APP. P. 20.1(i)(2)(A), (i)(3). On April 4, 2013, the trial court timely signed an order sustaining the contest to the affidavit. *See* TEX. R. APP. P. 20.1(i)(4). If appellant wished to challenge the order sustaining the contest, appellant was required to file a motion challenging the order no later than April 15, 2013. *See* TEX. R. APP. P. 20.1(j)(2). No timely motion challenging the order sustaining the contest was filed. Accordingly, appellant is not entitled to proceed on appeal without payment of costs.

Appellant is **ORDERED** to pay the filing fee of $175.00 to this Court no later than 10 days from the date of this order, or the appeal will be dismissed. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence), 42.3 (allowing involuntary dismissal); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2011), § 51.941(a) (West 2005), § 101.041 (West Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

Appellant is further **ORDERED** to file within 30 days of the date of this order proof that appellant has paid or made arrangements to pay the clerk's fee for preparing the clerk's record or this Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale

☑ Acting individually    ☐ Acting for the Court

Date: June 27, 2013